■ ARMOND CERRONE, INC., Respondent, v CONTINENTAL INSURANCE COMPANY, Appellant, and BEN-MIL ASSOCIATES, INC.,

et al., Respondents, et al., Defendant. [691 NYS2d 805] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Fahey, J. (Appeal from Judgment of Supreme Court, Niagara County, Fahey, J.—Declaratory Judgment.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Balio, JJ.